# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Charles J. Merriman**<br>    **Debtor(s)** | **BK NO. 19-23987 GLT** |
| **Quicken Loans Inc.**<br>    **Movant**<br>vs. | **Chapter 7** |
| **Charles J. Merriman**<br>    **Respondent** | **Related to Document No. 19** |
| **Jeffrey J. Sikirica**, (**Trustee**)<br>    **Additional Respondent** | |

## CERTIFICATE OF SERVICE OF DEFAULT ORDER ON
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on  January 21, 2020, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Charles J. Merriman
PO Box 332
West Mifflin, PA 15122

Attorney for Debtor(s)
Lauren M. Lamb, Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Gulf Building
Pittsburg, PA 15219
llamb@steidl-steinberg.com

Trustee
Jeffrey J. Sikirica
121 Northbrook Drive (VIA ECF)
Pine Township
Gibsonia, PA 15044
SikiricaLaw@nauticom.net

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Ustpregion03.pi.ecf@usdoj.gov

Method of Service:  electronic means or first class mail

Dated: January 21, 2020

                **/s/ James C. Warmbrodt, Esquire**
                James C. Warmbrodt, Esquire
                jwarmbrodt@kmllawgroup.com
                Attorney I.D. No. 42524
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: 412-430-3594
                Attorney for Movant/Applicant